WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–8027/NA. U.S. v. Justin H. McMurrin. CCA. Respondent's Government motion for enlargement of time to file response to petition for extraordinary relief granted.

